IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**STEVEN C. WILKES**                                                                       **PLAINTIFF**

**V.**                                                                     **NO: 1:22CV012-GHD-DAS**

**CARGILL, INC.**                                                               **DEFENDANT**

<u>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS OR,
ALTERNATIVELY MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to an opinion issued this day, it is hereby ORDERED that the Defendant's motion to dismiss or, alternatively motion for summary judgment [11] is GRANTED. Accordingly, the Plaintiff's complaint [1] is DISMISSED and this case is CLOSED.

SO ORDERED, this the 6th day of September, 2022.

_____
SENIOR U.S. DISTRICT JUDGE